UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 20-232 (35) (JRT/BRT) |
| Plaintiff, | |
| v. | |
| BALLAM HAZEAKIAH DUDLEY, | **ORDER** |
| Defendant. | |

---

Harry Jacobs, Joseph Thompson, **UNITED STATES ATTORNEY'S OFFICE,** 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

Donald M Lewis, **NILAN JOHNSON LEWIS PA,** 250 Marquette Avenue South, Suite 800, Minneapolis, MN 55401, for defendants.

United States Magistrate Judge Becky R. Thorson filed a Report and Recommendation dated March 23, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Dudley's Motion to Dismiss Indictment for Selective Prosecution (ECF No. 1029) is **DENIED**.

Dated: May 27, 2022        s/John R. Tunheim
At Minneapolis, Minnesota     JOHN R. TUNHEIM
                              Chief Judge
                              United States District Court